UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------- X
TINGRUI ZHAO,

Plaintiff,

JUDGMENT

v.

25-cv-00214-EK

UNITED STATES CITIZENSHIPAND IMMIGRATION SERVICES, Office of the General Counsel, UNITED STATES CITIZENSHIPAND IMMIGRATION SERVICES, Attorney General of the United States of America, UNITED STATES ATTORNEY, Eastern District of New York Office of the United States Attorney,

Defendants.
---------------------------------------------------------- X

An Order of Honorable Eric Komittee, United States District Judge, having been filed on May 7, 2025, dismissing this case as moot; and directing the Clerk of Court to enter judgment and close this case; it is

ORDERED and ADJUDGED that this case is dismissed as moot.

Dated: Brooklyn, NY
May 9, 2025

Brenna B. Mahoney
Clerk of Court

By: */s/Jalitza Poveda*
Deputy Clerk